FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2026JUN11 PM0305
CAROL L. MICHEL, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

## INDICTMENT FOR FALSE STATMENTS OF CITIZENSHIP IN ORDER TO VOTE AND FOR FRAUDULENT VOTING

UNITED STATES OF AMERICA            *    CRIMINAL NO. 26-146

v.                                  *    SECTION: SECT.P MAG.1

DENISE NATALY MIGLIORE              *    VIOLATION: 52 U.S.C. § 20511(2)(B)
a/k/a "Denise Drake-Klenke"                        18 U.S.C. § 1015(f)
a/k/a "Denise N. Drake-Klenke"      *
a/k/a "Denise D. Klenke"
a/k/a "Denise Nataly Drake"         *
a/k/a "D. Drake Klenke"
a/k/a "Denise Nataly Riviera"       *
a/k/a "Denise Mooney"

                        *    *    *

The Grand Jury charges that:

### COUNT 1
### (False Statement)

On or about October 6, 2022, in the Eastern District of Louisiana, the defendant, **DENISE NATALY MIGLIORE, a/k/a "Denise Drake-Klenke," a/k/a "Denise N. Drake-Klenke," a/k/a "Denise D. Klenke," a/k/a "Denise Nataly Drake," a/k/a "D. Drake Klenke," a/k/a "Denise Nataly Riviera," and a/k/a "Denise Mooney,"** a Legal Permanent Resident, did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

✓ Fee  USA
___ Process____
X  Dktd____
___ CtRmDep____
___ Doc. No.____

## COUNT 2
### (Fraudulent Voting)

On or about November 8, 2022, in the Eastern District of Louisiana, the defendant, **DENISE NATALY MIGLIORE**, a/k/a "Denise Drake-Klenke," a/k/a "Denise N. Drake-Klenke," a/k/a "Denise D. Klenke," a/k/a "Denise Nataly Drake," a/k/a "D. Drake Klenke," a/k/a "Denise Nataly Riviera," and a/k/a "Denise Mooney," a Legal Permanent Resident, did knowingly and willfully deprive, defraud, and attempt to deprive and defraud the residents of the State of Louisiana of a fair and impartially conducted election process by casting a ballot that she knew to be materially false and fraudulent under the laws of the State in which the election was held, that is, **MIGLIORE** cast a ballot which was obtained by falsely certifying that she was eligible to vote when, in fact and as the defendant knew, she was not eligible to vote because she was not a citizen of the United States, in violation of Title 52, United States Code, Section 20511(2)(B).

## COUNT 3
### (False Statement)

On or about October 22, 2024, in the Eastern District of Louisiana, the defendant, **DENISE NATALY MIGLIORE**, a/k/a "Denise Drake-Klenke," a/k/a "Denise N. Drake-Klenke," a/k/a "Denise D. Klenke," a/k/a "Denise Nataly Drake," a/k/a "D. Drake Klenke," a/k/a "Denise Nataly Riviera," and a/k/a "Denise Mooney," a Legal Permanent Resident, did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

## COUNT 4
### (Fraudulent Voting)

On or about November 5, 2024, in the Eastern District of Louisiana, the defendant,

DENISE NATALY MIGLIORE, a/k/a "Denise Drake-Klenke," a/k/a "Denise N. Drake-Klenke," a/k/a "Denise D. Klenke," a/k/a "Denise Nataly Drake," a/k/a "D. Drake Klenke," a/k/a "Denise Nataly Riviera," and a/k/a "Denise Mooney," a Legal Permanent Resident, did knowingly and willfully deprive, defraud, and attempt to deprive and defraud the residents of the State of Louisiana of a fair and impartially conducted election process by casting a ballot that she knew to be materially false and fraudulent under the laws of the State in which the election was held, that is, **MIGLIORE** cast a ballot which was obtained by falsely certifying that she was eligible to vote when, in fact and as the defendant knew, she was not eligible to vote because she was not a citizen of the United States, in violation of Title 52, United States Code, Section 20511(2)(B).

A TRUE BILL:

DAVID I. COURCELLE
UNITED STATES ATTORNEY

FREDERICK W. VETERS, JR.
Assistant United States Attorney
Louisiana Bar Roll No. 23584

New Orleans, Louisiana
June 11, 2026

3

## UNITED STATES DISTRICT COURT

_____Eastern_____  *District of*  _____Louisiana_____
_____Criminal_____  *Division*

### THE UNITED STATES OF AMERICA

vs.

### DENISE NATALY MIGLIORE

## INDICTMENT FOR FALSE STATEMENTS
## OF CITIZENSHIP IN ORDER TO VOTE

VIOLATIONS:     52 U.S.C. § 20511(2)(B)
                18 U.S.C. § 1015(f)

*A true bill.*

_____

*Filed in open court this* _____ *day of* _____
_____ *A.D. 2026.*

_____
                                 *Clerk*

*Bail, $* _____

**FREDERICK W. VETERS, JR.**
**Assistant United States Attorney**