UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER 26-146 |
| DENISE NATALY MIGLIORE | * | SECTION "P" |

**MOTION TO SEAL DEFENDANT'S**
**MOTION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE**

**NOW COMES** the defendant Denise Nataly Migliore, who through undersigned counsel, respectfully moves this Honorable Court to seal defendant's Motion to Continue Trial and Pretrial Conference filed in this matter, and place the motion into the court record for the following reasons:

The information contained in the defendant's Motion to Continue Trial and Pretrial Conference is sensitive in nature and the defendant requests that it not be made public record.

**WHEREFORE**, defendant Denise Nataly Migliore, respectfully requests that this Honorable Court seal defendant's Motion to Continue Trial and Pretrial Conference and direct the Clerk to file it into the court record.

Respectfully submitted this 11th day of August, 2026.

CLAUDE J. KELLY
Federal Public Defender

/s/Anna L. Friedberg
ANNA L. FRIEDBERG
Assistant Federal Public Defender
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7961
LA Bar # 25055
anna_friedberg@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Frederick Veters, Jr., Assistant United States Attorney, 650 Poydras Street, 16th Floor, New Orleans, Louisiana 70130. I further certify that emailed the foregoing document and the notice of electronic filing to the following non-CM/ECF participants: n/a.

/s/Anna L. Friedberg
ANNA L. FRIEDBERG
Assistant Federal Public Defender