**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 26-146** |
| **DENISE NATALY MIGLIORE** | **SECTION: "P" (1)** |

**ORDER**

Considering Defendant Denise Nataly Migliore's Motion to Seal Defendant's Motion to Continue Trial and Pretrial Conference (R. Doc. 15),

**IT IS ORDERED** that the defendant's Motion to Seal Defendant's Motion to Continue Trial and Pretrial Conference is hereby **GRANTED**. Accordingly, the Clerk of Court shall file Defendant Migliore's Motion to Continue Trial and Pretrial Conference into the record of the above-captioned matter under **SEAL**.

Copies of the sealed filing shall be provided to counsel for the Defendant and counsel for the Government.

New Orleans, Louisiana, this 12th day of August 2026.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**