**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 26-146** |
| **DENISE NATALY MIGLIORE** | **SECTION: “P” (1)** |

**ORDER**

Considering the foregoing Motion to Continue Trial and Pretrial Conference (R. Doc. 17),

**IT IS ORDERED** that the **trial** in this matter, previously set for September 8, 2026, is hereby **CONTINUED** and **RESET** for **December 7, 2026, at 9:00 a.m.**; and the **pretrial conference**, previously set for August 19, 2026, is hereby **CONTINUED** and **RESET** for **November 18, 2026, at 10:30 a.m.**

This motion is **GRANTED** after explicitly finding, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by granting this motion outweigh the best interest of the public and the defendant in a speedy trial. It is specifically found that failure to grant such a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Title 18, United States Code, Section 3161(h)(7)(B)(iv).

New Orleans, Louisiana, this 12th day of August 2026.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**